### STEWART v. STATE.    (No. 10680.)

(Court of Criminal Appeals of Texas. Jan. 19, 1927.)

Criminal law ⊚⟺1097(5)—Applicability of refused requested charges cannot be determined by Court of Criminal Appeals, without statement of facts.

Where record contains no statement of facts, Court of Criminal Appeals cannot determine whether requested charges refused were applicable.

Appeal from District Court, Potter County; Henry S. Bishop, Judge.

Oren Stewart was convicted of selling intoxicating liquor, and he appeals. Affirmed.

Culwell & Culwell, of Amarillo, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for unlawfully selling intoxicating liquor, the punishment being one year in the penitentiary.

The record contains no statement of the facts proved on the trial. No bills of exception appear save three, which complain at the refusal of requested charges. Without knowledge of the facts, manifestly this court is in no position to say whether the requested charges were applicable.

The judgment is affirmed.